UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81454-CIV-MARRA/JOHNSON

K.S.R. X-RAY SUPPLIES, INC., a Florida
corporation,

Plaintiff,

vs.

SOUTHEASTERN X-RAY, INC., a Georgia
corporation and TERRY GREENE, individually,

Defendants.
_____/

## **FINAL JUDGMENT**

This cause is before the Court upon the separately entered order granting Plaintiff's Motion for Summary Judgment on Count I of the Complaint against Defendant Terry Greene and Default Judgment against Defendant Southeastern X-Ray, Inc. (DE 27) and Plaintiff's Notice of Voluntary Dismissal as to Counts II and III of Plaintiff's Complaint (DE 28).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) Judgment is hereby entered on behalf of Plaintiff K.S.R. X-Ray Supplies, Inc. and against Defendants Southeastern X-Ray, Inc. and Terry Greene in the amount of $10,000.00 on Count I of the Complaint. Pursuant to Plaintiff's Notice of Dismissal, Counts II and III of the Complaint are voluntarily dismissed. In addition, within 30 days from the date of entry of this Order, Defendants shall transfer the domain name KSRX-RAY.COM to Plaintiff.

2) The Judgment shall bear interest at the rate of 0.22% per annum, for which let execution issue.

3) The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 26th day of October, 2010.

_____
KENNETH A. MARRA
United States District Judge